IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SABRINA HOLDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| ) | CASE NO. 3:11-0076 |
| vs. ) | JUDGE TRAUGER/KNOWLES |
| ) | |
| ) | |
| AT&T SERVICES, INC. and ) | |
| COMMUNICATIONS WORKERS OF ) | |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court upon a "Motion to Compel Discovery Responses and to Extend Discovery and Dispositive Motion Deadlines" filed by Defendant Communications Workers of America ("CWA"). Docket No. 114. Defendant has filed a supporting Memorandum (Docket No. 114-1), and Plaintiff has filed a "Reply" to the Motion (Docket No. 119).

The instant Motion seeks to compel Plaintiff to properly respond to a set of Interrogatories and Requests for Production of Documents served by Defendant.

Defendant, however, has not filed the Interrogatories or Requests at issue or Plaintiff's verbatim Responses to those Requests and Interrogatories. Defendant's Motion, therefore, fails to comply with Local Rule 37.01(b)(2).

For the foregoing reasons, the instant Motion to Compel (Docket No. 114) is DENIED,

without prejudice to being refiled in compliance with the Local Rule.  The portion of the Motion that seeks to extend discovery and dispositive Motion deadlines will be addressed in a separate Order.

       IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge