IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SABRINA HOLDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:11-0076 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Knowles |
| AT&T and CWA - COMMUNICATION ) | |
| WORKERS OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The *pro se* plaintiff has filed an Objection (Docket No. 164) to this court's Order continuing the trial of this case (Docket No. 148), which has now been reset for October 21, 2014 (Docket No. 165). The defendants have filed a Response to the plaintiff's Objection (Docket No. 168). The plaintiff's Objection is **OVERRULED**.

The Motion to Continue Trial filed by the defendants (Docket No. 147) was well supported by factual developments in this case, and the court declines to revisit this issue. The case has been reset with a firm trial date (not a "target trial date") of October 21, 2014. The parties should move forward with whatever depositions and additional discovery needs to be taken so that, if dispositive motions are denied, the trial may go forward as rescheduled.

It is so **ORDERED**.

ENTER this 25th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge